# Norwood & Co. v. Wood & Hattemer.

Appeal from the Circuit Court of Montgomery. Tried before the Hon. J. C. Richardson.

J. M. Chilton, for appellants.

C. E. Hamilton and Watts, Troy & Caffey, for appellees.

This was an action on the case, brought by the appellees, Wood & Hattemer, against the appellants, Norwood & Company, to recover damages for the destruction of plaintiffs' lien on cotton.

From a judgment in favor of the plaintiffs, the defendants appeal, and assign as error the rulings of the trial court in sustaining the demurrers interposed by the plaintiffs to certain pleas filed by defendants.

The judgment is affirmed.

Opinion by Haralson, J.